UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN-N-OUT BURGERS, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MITUL PATEL, an individual d/b/a IN & OUT MARKET, SAMPATI, LLC, IN & OUT FUEL LLC, SHAKTI FOOD, LLC, SHAKTI FUEL, LLC, MATA, LLC<br><br>Defendants. | Civil Action No. 3:16-cv-02106 |

## CONSENT FINAL JUDGMENT REGARDING SETTLEMENT AGREEMENT

THIS CAUSE is before the Court on the parties' Joint Motion for Entry of a Consent Final Judgment Regarding Settlement Agreement, and the Court after reviewing the file and the Joint Motion, enters this Final Judgment by consent.

NOW THEREFORE, in accordance with the settlement agreement between the parties, the parties STIPULATE:

1.  This Court has jurisdiction over the subject matter and over all parties to this action, and venue is proper in this District.

2.  Plaintiff owns all right, title and interest to the IN-N-OUT Marks.

3.  The IN-N-OUT Marks are famous.

4.  The Complaint alleges that Defendants have infringed and continue to infringe the IN-N-OUT Marks by using them in commerce without the consent of Plaintiff.

1

5.     Defendants stipulate to permanent injunctive relief for the purpose of resolving this dispute.

NOW THEREFORE, based upon the foregoing stipulations by consent, this Court ORDERS and ADJUDGES:

1.     As of the date of this Order, Defendants, including Defendants' officers, directors, owners, agents, servants, representatives, employees, assigns and successors, shall be and are hereby permanently enjoined and restrained from using a combination of the words "IN" and "OUT" in any commercial context. By way of NON-EXHAUSTIVE example, this injunction explicitly prevents Defendants from using any of the following names in a commercial context: "IN-N-OUT"; "IN & OUT" and "OUT AND IN", regardless of punctuation or order of words. Commercial context explicitly includes, but is not limited to, any and all signs, letterhead, business cards, merchandise, advertisements, promotions, flyers, social media, business organization filings, licenses, or registrations.

2.     Any and all claims made by the parties to this action are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs.

3.     This Court shall retain jurisdiction to enforce the terms and conditions of this Judgment.

SO ORDERED this ___ day of _____, 2017

                                                /s/
                                                Vanessa L. Bryant
                                                UNITED STATES DISTRICT JUDGE